UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MARTIN J. WALSH, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>CAPTION SOLUTIONS, L.L.C., and KALA PATTERSON, Individually,<br><br>Defendants. | Civil Action No. 6:22-cv-1149 |

## COMPLAINT

Pursuant to Section 217 of the Fair Labor Standards Act, of 1938, as amended (29 U.S.C. § 201 *et seq.*) ("FLSA"), Plaintiff, Martin J. Walsh, Secretary of Labor, United States Department of Labor ("Secretary"), brings this action to enjoin and restrain the defendants Caption Solutions, L.L.C. ("Caption Solutions") and Kala Patterson (collectively, "Defendants") from violating Sections 207 and 215(a)(2) of the FLSA and to recover unpaid compensation, plus an equal amount in liquidated damages pursuant to Section 216(c) of the Act, for Defendants' employees.

The Secretary, through the Wage and Hour Division, conducted an investigation of Defendants for compliance with the FLSA. The Secretary's investigation reviewed Defendants' employment and pay practices from November 1, 2019 through October 31, 2021 (the "Investigation Period"). Unless stated otherwise, all allegations and conditions described herein pertain to the Investigation Period.

1

**Jurisdiction and Venue**

1. This Court has jurisdiction of this case. 29 U.S.C. §§ 216(c), 217 and 28 U.S.C. § 1345.

2. This Court is the proper venue because all or a substantial part of the events or omissions giving rise to these allegations occurred in this judicial district.

**Defendants**

3. Defendant Caption Solutions is a limited liability company within this Court's jurisdiction with an office at 1532 El Dorado Drive, Lawrence, KS 66047 where it conducts business.

4. Defendant Caption Solutions provides closed captioning services across the United States.

5. Defendant Kala Patterson has actively managed and supervised Caption Solutions' operations and its employees during the Investigation Period. Among other things, Kala Patterson has hired and fired employees, set their work schedules, and set their pay rates.

6. Defendant Kala Patterson has acted directly or indirectly in Caption Solutions' interests with respect to its employees and is therefore an "employer" under the FLSA. 29 U.S.C. § 203(d).

7. During the Investigation Period, Defendants engaged in business within Douglas County, within this Court's jurisdiction.

**The FLSA Applies to Defendants**

8. Caption Solutions is an "enterprise" under the FLSA due to its related activities performed through unified operation or common control and for a common business purpose. 29 U.S.C. § 203(r).

9. Caption Solutions is an "enterprise engaged in commerce" under the FLSA, because it had (i) two or more employees who are engaged in or produced goods for commerce; and (ii) an annual gross volume of sales or business done greater than $500,000 during the Investigation Period. 29 U.S.C. § 203(s)(1)(A).

## FLSA Violations

10. Defendants violated Sections 207 and 215(a)(2) of the FLSA when they failed to pay their employees one-and-one-half times their regular rates for hours worked in excess of 40 in a workweek. Defendants failed to include standby time as hours worked and standby pay in the regular rate for certain employees who worked as captioners. Additionally, for certain employees, Defendants failed to pay employees the overtime rate for overtime hours. 29 U.S.C. §§ 207(a)(1), 215(a)(2).

## Remedies Sought

11. As a result of their FLSA violations, Defendants owe the employees listed in Exhibit A back wages and liquidated damages, under 29 U.S.C. §§ 216(c), 217. If Defendants continued to violate the FLSA after the Investigation Period, then Defendants may owe additional back wages and liquidated damages to employees.

12. As a result of their FLSA violations, Defendants have unlawfully withheld unpaid compensation from their employees.

## Prayer for Relief

As a result of Defendants' FLSA violations, the Secretary respectfully requests this Court enter an Order:

A.     Permanently enjoining and restraining Defendants, their officers, agents, servants, employees, and those in active concert or participation with them, from violating Sections 207 and 215(a)(2) of the FLSA. 29 U.S.C. § 217(a).

B.     Finding Defendants liable for unpaid overtime wages, plus an equal amount in liquidated damages, owing to the employees listed in Exhibit A. 29 U.S.C. § 216(c).

C.     If the Court declines to award liquidated damages, then enjoining and restraining Defendants, their officers, agents, employees, and those persons in active concert or participation with Defendants, from withholding unpaid compensation found owing to Defendants' employees, plus prejudgment interest computed at the underpayment rate established by the Secretary of the Treasury under 26 U.S.C. § 6621.

D.     Providing such other relief as may be necessary and appropriate.

E.     Awarding costs and granting such other and further relief as may be necessary and appropriate.

**SEEMA NANDA**
Solicitor of Labor

**CHRISTINE Z. HERI**
Regional Solicitor

**EVERT VAN WIJK**
Associate Regional Solicitor

  s/Dana M. Hague
Dana M. Hague
KS Bar #21572
U.S. Department of Labor
Office of the Solicitor
2300 Main Street, Suite 10100
Kansas City, Missouri 64108
816-285-7262
hague.dana.m@dol.gov

*Attorneys for Plaintiff Martin J. Walsh,
Secretary of Labor, United States Department
of Labor*